**Order entered December 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01010-CR

### DAVID CARY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-81636-2011**

## ORDER

Appellant's unopposed motion to accept his late-filed reply brief is **GRANTED**.

Appellant's reply brief, filed on November 27, 2014, is deemed timely filed.

/s/     ELIZABETH LANG-MIERS
        PRESIDING JUSTICE